JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY HARO and LAGRIMAS HARO,<br><br>          Plaintiffs,<br><br>     v.<br><br>RECONTRUST COMPANY, N.A.; JOHN AND JANE DOE CORPORATIONS OR OTHER ENTITIES; and DOES 1-100, inclusive,<br><br>          Defendants. | CV 13-9413 PA (ASx)<br><br>JUDGMENT |

   Pursuant to the Court's March 3, 2014 Minute Order granting the Motion to Dismiss filed by defendant Recontrust Company, N.A. ("Defendant"), which dismissed all of the federal claims asserted by plaintiffs Harry Haro and Lagrimas Haro (collectively "Plaintiffs") with prejudice, and declined to exercise supplemental jurisdiction over Plaintiffs' remaining state law claims and dismissed those claims without prejudice,

   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs' federal claims for violations of the Truth in Lending Act, RESPA, Regulation Z, and declaratory relief premised on violations of RESPA are dismissed with prejudice and Plaintiffs' remaining state law claims are dismissed without prejudice.

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take nothing and that Defendants shall have their costs of suit.

IT IS SO ORDERED.

DATED: February 28, 2014

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE